IN THE SUPREME COURT OF NORTH CAROLINA

No. 275A16

Filed 29 September 2017

COLLEEN BLONDELL

v.

SHAKIL AHMED, SHABANA AHMED, MICHAEL FEKETE, and SUSAN ELIZABETH FEKETE

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 786 S.E.2d 405 (2016), reversing and remanding an order allowing summary judgment entered on 12 January 2015 by Judge Howard E. Manning, Jr. in Superior Court, Wake County. Heard in the Supreme Court on 30 August 2017.

*Martin & Gifford, PLLC, by William H. Gifford, Jr., for plaintiff-appellee.*

*Jordan Price Wall Gray Jones & Carlton, PLLC, by J. Matthew Waters and Lori P. Jones, for defendant-appellants Shakil and Shabana Ahmed.*

PER CURIAM.

AFFIRMED.